UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEJANDRO VERA,                                    (AKH) 07cv4522

                Plaintiffs,                  ANSWER

  -against-

222 BROADWAY, LLC., ALAN KASMAN DBA
KASCO, AMG REALTY PARTNERS, LP, ANN
TAYLOR STORES CORPORATION, BANK OF
NEW YORK, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC.,
CHASE MANHATTAN BANK CORPORATION, CUSHMAN &
WAKEFIELD, INC., ENVIRONMENTAL CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC., GRUBB &
ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, KASCO RESTORATION SERVICES CO., LIBERTY
VIEW ASSOCIATES, L.P., MERRILL LYNCH & CO., INC.
MOODY'S HOLDINGS, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., RY MANAGEMENT
CO., INC., RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., LP, RY MANAGEMENT, STRUCTURE TONE
(UK) INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THE RELATED COMPANIES, LP, THE RELATED
REALTY GROUP, INC., TOSCORP. INC., TUCKER ANTHONY, INC.,
VERIZON COMMUNICATIONS INC., VERIZON NEW YORK, INC.,
VERIZON PROPERTIES, INC., WESTON SOLUTIONS, INC.,
WFP TOWER A CO., WFP TOWER A CO. G.P. CORP. WFP TOWER A
CO., L.P., WFP TOWER B CO, G.P., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B CO. L.P., WFP TOWER D CO. G.P. CORP, WFP TOWER D
HOLDING CO. I LP., WFP TOWER D HOLDING CO. II. L.P., WFP TOWER
D HOLDING I G.P., AND WFP TOWER D. CO., L.P., ET AL.

                Defendants,
------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

          Yours, etc.

          FRIEDMAN, HARFENIST, LANGER & KRAUT
          Attorneys for Defendant –Envirotech
          3000 Marcus Avenue, Suite 2E1
          Lake Success, New York 11042
          (516) 775-5800

BY: _____
               Heather L. Smar (4622)