UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER           :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
                                                                 :
-----------------------------------------------------------------X
ALEJANDRO VERA,                          :    07-CV-4522-AKH
                                         :
                    Plaintiff,           :
                                         :    **APPEARANCE**
    - against -                          :
                                         :
222 BROADWAY, LLC, *et al.*,             :
                                         :    **ELECTRONICALLY FILED**
                    Defendants.          :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
        October 3, 2007
                               By:    ___/s/ Judith R. Cohen___
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501
                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.

DOCSNY-271851v01